# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

#1780

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| EVERETT B CARRELL<br>JODY L CARRELL<br>Debtor(s) | CASE NO. BKY 07-34828 GFK |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Eva Logan in the amount of $21.54, were unclaimed.

**CREDITOR:**
Eva Logan
750 Elk Ridge
Mckinney, TX 75069-8747

**CLAIM NUMBER:**
33

**AMOUNT:**
$21.54

**ACCOUNT NUMBER:**
0868

**Jasmine Z. Keller, Trustee**

Dated: February 11, 2010

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED 10 FEB 12 AM 9:21 U.S. BANKRUPTCY COURT ST. PAUL, MN